# UNITED STATES DISTRICT COURT
for the
District of Alaska

**RECEIVED**
MAY 05 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| JAMES KNIGHT | ) | Case No. 3:22-cr-00039-MMS |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☒ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | Federal Building – U.S. Courthouse 222 W. 7th Avenue Anchorage, Alaska 99513 | Courtroom No.: | 5 |
|---|---|---|---|
| | | Date and Time: | 5/18/22 at 10:30 AM |

This offense is briefly described as follows:
18:371 WILDLIFE TRAFFICKING CONSPIRACY-Count 1

16:3372(a)(1) and 3373(d)(2) WILDLIFE TRAFFICKING Counts 2-5


Date: April 22, 2022          by   *s/Brenda Kappler*
                                   _____
                                   Signature of Issuing Officer
                                   Brian D. Karth, Clerk of Court
                                   Name and title of Issuing Officer

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons      ☐ Returned this summons unexecuted

Date: _____

_____
Server's signature

_____
Printed name and title

Case No.

This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: JAMES KNIGHT

Last known residence: _____

Usual place of abode *(if different from residence address)*: SAME

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

## PROOF OF SERVICE

This summons was received by me on *(date)* 4/22/2022.

☒ I personally served the summons on this defendant JAMES KNIGHT at *(place)* _____ on *(date)* 4/28/2022; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because:

I declare under penalty of perjury that this information is true.

Date returned: 4/29/2022

Server's signature

KENNETH D. ADAMS, SPECIAL AGENT
*Printed name and title*

Remarks: