Michelle S. Nesbett
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680
Email: mnesbett@bhb.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES KNIGHT,<br><br>    Defendant. | Case No.: 3:22-cr-00039-MMS |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michelle S. Nesbett of the law firm Birch Horton Bittner & Cherot hereby enters her appearance as counsel on behalf of Defendant James Knight in the above-captioned matter. Copies of all correspondence, notices, pleadings or papers shall be directed to 510 L Street, Suite 700, Anchorage, Alaska 99501.

USA V. KNIGHT
NOTICE OF APPEARANCE
01198638.DOCX

CASE NO. 3:22-CR-00039-MMS
PAGE 1 OF 2

Case 3:22-cr-00039-MMS   Document 5   Filed 05/18/22   Page 1 of 2

DATED this <u>18th</u> day of May, 2022.

                                    Birch Horton Bittner & Cherot
                                    Attorneys for Defendant

                                    By:   <u>s/ Michelle S. Nesbett</u>
                                                Michelle S. Nesbett, ABA #0705028

CERTIFICATE OF SERVICE
I hereby certify that on May 18, 2022,
a copy of foregoing this document
was served ELECTRONICALLY on:

AUSA Charisse Marie Arce

<u>s/ Michelle S. Nesbett</u>

USA V. KNIGHT                                                                                     CASE NO. 3:22-CR-00039-MMS
NOTICE OF APPEARANCE                                                           PAGE 2 OF 2
01198638.DOCX

Case 3:22-cr-00039-MMS    Document 5    Filed 05/18/22    Page 2 of 2