Michelle S. Nesbett
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680
Email: mnesbett@bhb.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES KNIGHT,<br><br>    Defendant. | Case No.: 3:22-cr-00039-MMS |

**RIGHT TO SPEEDY TRIAL ACT/
FIRST STEP ACT ACKNOWLEDGEMENT
AND WAIVER**

I, James Knight, the above-named defendant, understand that I have a right to trial in this matter within seventy (70) days from my arraignment on the indictment/information. I also understand that I can agree to certain exclusions from this 70-day period. In order to allow my attorney a reasonable period of time necessary for effective preparation and representation including: reviewing the discovery and evidence in my case, conducting an independent investigation,

USA V. KNIGHT                                                                       CASE NO. 3:22-CR-00039-MMS
RIGHT TO SPEEDY TRIAL ACT FSA ACKNOWLEDGEMENT                   PAGE 1 OF 2
AND WAIVER
01208750.DOCX

Case 3:22-cr-00039-MMS     Document 10     Filed 05/19/22     Page 1 of 2

researching potential pre-trial motions, evaluating options for pre-trial resolution (plea-bargain), and/or preparing for trial in the event a pre-trial resolution does not occur.

I agree that the period from today through the date of my next Trial Setting Conference should be excluded from the seventy (70) day speedy trial calculation. This will allow the United States to provide discovery to my attorney, and to allow my attorney to review it and discuss it with me, to review possible defenses with me, and to advise me of potential courses of action. This will also permit my attorney to be prepared to advise the court about the status of the case at the Trial Setting Conference at which the Court will address any further possible speedy trial issues.

DATED this  19th  day of May, 2022.

By:   s/ Michelle S. Nesbett
      For Defendant James Knight
      after consultation with Defendant

CERTIFICATE OF SERVICE
I hereby certify that on May 19, 2022,
a copy of foregoing this document
was served ELECTRONICALLY on:

AUSA Charisse Marie Arce
AUSA Steven E. Skrocki

s/ Michelle S. Nesbett

USA V. KNIGHT                                                          CASE NO. 3:22-CR-00039-MMS
RIGHT TO SPEEDY TRIAL ACT FSA ACKNOWLEDGEMENT                          PAGE 2 OF 2
AND WAIVER
01208750.DOCX

Case 3:22-cr-00039-MMS   Document 10   Filed 05/19/22   Page 2 of 2