AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
для the
District of Alaska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAMES KNIGHT | ) | Case No. 3:22-cr-00039-MMS |
| | ) | |
| Defendant | ) | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_____
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
*Defendant's signature*

The United States consents to the jury-trial waiver: _____
*Government representative's signature*

Charisse Marie Arce, Assistant U.S. Attorney
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
*Defendant's signature*

Michelle S. Nesbett, CJA Counsel           *[signature]* Michelle Nesbett
*Printed name of defendant's attorney (if any)*     *Signature of defendant's attorney (if any)*

Date: 5/20/2022        Approved by: _____
                                    *Magistrate Judge's signature*