Michelle S. Nesbett, ABA #0705028
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
mnesbett@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES KNIGHT,<br><br>    Defendant. | Case No.: 3:22-cr-00039-MMS |

## NOTICE OF INTENT TO CHANGE PLEA AND REQUEST TO CHANGE STATUS HEARING TO COP/IOS HEARING

COMES NOW Defendant, James Knight, by and through his undersigned counsel, and hereby gives notice of intent to change his plea in this matter. A Status Hearing/COP hearing is currently set for October 3, 2022 at 9:30 am. Defendant requests this hearing be converted to a Change of Plea/Imposition of Sentence hearing. The parties are in agreement to waive a PSR and conduct a joint COP/IOS hearing in this matter.

DATED this 23rd day of September, 2022.

        BIRCH HORTON BITTNER & CHEROT
        Attorneys for Defendant

        By: /s/Michelle S. Nesbett
           Michelle S. Nesbett, ABA #0705028

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of September, 2022, a true and correct copy of the foregoing was served on the following via the Court's CM/ECF electronic delivery system:

All individuals registered to receive electronic service in this matter.

BIRCH HORTON BITTNER & CHEROT

By: /s/ Michelle S. Nesbett