Michelle S. Nesbett
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907.276.1550
Facsimile:  907.276.3680
Email: mnesbett@bhb.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES KNIGHT,<br><br>    Defendant. | Case No.: 3:22-CR-00039-MMS |

## JOINT STATUS REPORT

Having conferred by email, the parties jointly file this status report with the court by undersigned counsel. There was an unexpected delay in obtaining the signed plea agreement prior to the hearing set for October 3, 2022. The signed plea agreement has now been transmitted to the United States Attorney's Office and will be filed with the Court shortly. The parties are ready to proceed with a Change of Plea and Sentencing hearing.

The parties request a joint Change of Plea/Sentencing hearing be set in this matter, preferably prior to October 13, 2022 due to AUSA Steven Skrocki's travel schedule.

RESPECTFULLY SUBMITTED, this 3rd day of October, 2022.

Birch Horton Bittner & Cherot
Attorneys for Defendant

By:   s/   Michelle S. Nesbett
Michelle S. Nesbett, ABA #0705028

CERTIFICATE OF SERVICE
On October 3rd, 2022, a copy of
the foregoing document was served
ELECTRONICALLY on:

All individuals registered to receive
electronic service in this matter.

s/ Michelle S. Nesbett